UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANNE MARIE KEHOE, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) Docket No. 2:19-cv-321-NT<br>) |
| CLAIRE M. GRADY, et al., | )<br>)<br>) |
| Respondent. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on July 18, 2019, his Recommended Decision on Petitioner's request for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 3). The Petitioner filed an objection to the Recommended Decision on August 12, 2019 (ECF No. 4).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED** and the petition be **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 2nd day of October, 2019.